UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEANIA JACKSON                                    CIVIL ACTION

VERSUS                                            NO. 25-692-SDD-RLB

JERRY TERRELL YOUNG, JR.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 31, 2026.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEANIA JACKSON                                                    CIVIL ACTION

VERSUS                                                           NO. 25-692-SDD-RLB

JERRY TERRELL YOUNG, JR.

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Sua sponte,* this Court is considering Jeania Jackson's ("Plaintiff") failure to serve Jerry Terrell Young, Jr., ("Defendant") within the time limitations provided by Fed. R. Civ. P. 4(m).

Plaintiff, proceeding *pro se*, filed suit against Defendant on August 7, 2025, alleging Defendant was violating her alleged copyright of a song called "Bing Bing Bam Bam." (R. Doc. 1). Also on August 7, 2025, Plaintiff filed a Motion to Proceed *In Forma Pauperis*, which was granted on August 14, 2025. (R. Docs. 2; 4). Summons were issued on August 14, 2025, and the following was noted in the record: "Plaintiff shall print and serve both the summons and all attachments in accordance with Federal Rule of Civil Procedure 4." (R. Doc. 5).

A review of the record, however, reveals Defendant has not been served. Fed. R. Civ. P. 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The rule further provides that the Court "must extend the time for service for an appropriate period" if the plaintiff is able to show good cause for his failure. *Id.*

On February 20, 2026, the Court ordered Plaintiff to show cause, in writing, within fourteen days, why her claims should not be dismissed due to her failure to serve Defendant

within the time allowed by Fed. R. Civ. P. 4. (R. Doc. 6). Plaintiff was warned that a failure to file a timely response could result in the dismissal of her case without further notice. *Id.*

Plaintiff failed to respond to the Court's show cause order and has not taken any other steps to accomplish service. As such, Plaintiff's case should be dismissed without prejudice.

Considering the foregoing,

**IT IS RECOMMENDED** that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** for her failure to timely serve Defendant under Fed. R. Civ. P. 4(m).

Signed in Baton Rouge, Louisiana, on March 31, 2026.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

3