# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JEANIA JACKSON

VERSUS

JERRY TERRELL YOUNG, JR.

CIVIL ACTION

25-692-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated March 31, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Plaintiff's case shall be **DISMISSED WITHOUT PREJUDICE** for her failure to timely serve Defendant under Fed. R. Civ. P. 4(m).

Signed in Baton Rouge, Louisiana, on this 27 day of April, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.